UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA WILBER,

           Plaintiff,

-vs-                                         Case No. 6:05-cv-1610-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.
_____

## ORDER

This case is before the Court on the Unopposed Motion For Entry of Judgment with Remand (Doc. No. 13) filed June 16, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be Granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 16, 2006 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court **GRANTS** the motion for entry of judgment with remand.

    3.    The Clerk is directed to enter a separate judgment pursuant to Federal Rule 58 reversing the decision of the Commissioner and remanding the case to the Commissioner of Social Security to conduct further proceedings consistent with this Order.

4.  The Clerk is then directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of July, 2006.

                                                                          _____
                                                                          JOHN ANTOON II
                                                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party